FILED

04/21/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0037

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 20-0037

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

DALE STEVEN MARTELL,

      Defendant and Appellant.

**ORDER**

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor,

IT IS HEREBY ORDERED that Appellee is granted an extension of time to and including May 28, 2021 within which to prepare, serve, and file its response brief.

MPD

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 21 2021